MERCHANTS' NATIONAL BANK OF ALBANY, Respondent, *v.* OLE L. SNYDER et al., Defendants.

ALTAMONT CLUB, Appellant; AMOS C. HALL, Respondent.

*Merchants' National Bank* v. *Snyder*, 52 App. Div. 606, affirmed.
(Argued January 24, 1902; decided February 11, 1902.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered July 2, 1900, affirming a judgment foreclosing a mortgage entered upon the report of a referee.

*Marcus T. Hun, Amasa J. Parker* and *Edward De Witt* for appellant.

*Arthur L. Andrews* for Merchants' National Bank, respondent.

*J. M. Lawson* for Amos C. Hall, respondent. -

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., BARTLETT, HAIGHT, MARTIN, VANN, CULLEN and WERNER, JJ.

---

EDWARD A. GROSSMAN, Respondent, *v.* THE AMERICAN FIRE INSURANCE COMPANY, Appellant.

*Grossman* v. *American Fire Ins. Co.*, 46 App. Div. 634, affirmed.
(Argued January 24, 1902; decided February 11, 1902.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered January 2, 1900, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial.

*Michael H. Cardozo* for appellant.

*Moses Shire* and *Edward L. Jellinek* for respondent.

Judgment affirmed, with costs ; no opinion.
Concur: BARTLETT, HAIGHT, MARTIN, VANN, CULLEN and WERNER, JJ. Dissenting: PARKER, Ch. J.